IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY JO JONES** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION: 14-0059-WS-C |
| **STATE OF ALABAMA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 8th day of July, 2015.

                                        s/WILLIAM H. STEELE
                                      **CHIEF UNITED STATES DISTRICT JUDGE**