IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY JO JONES** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION: 14-0059-WS-C |
| **STATE OF ALABAMA,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Beverly Jo Jones' action is hereby **DISMISSED** without prejudice.

**DONE** this 8th day of July, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE